# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ZHIYONG HUANG,<br><br>      Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 1:24-cv-05569<br><br>**Judge John J. Tharp**<br><br>**Magistrate Judge Keri L. Holleb** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby informs this Court that following Defendants, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement:
1. MSCOCO Hair (Defendant No. 16) with Amazon Seller ID A3KYP5QM6SO6VO
2. Tinashe Hair (Defendant No. 23) with Amazon Seller ID A1FCLDVWN9V1DU

Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated 4 November 2024

Respectfully Submitted:

_____
Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
Email rmdewitty@dewittyip.com
      admin@dewittyip.com
Tele: 202-571-7070
Fax: 202-513-8071

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on <u> 4 November 2024 </u> with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

_____
Robert M. DeWitty
