## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| ZHIYONG HUANG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON<br>SCHEDULE A<br>　　　Defendants. | Case No. 24-cv-05569<br><br>Judge John J. Tharp<br><br>Magistrate Judge Keri L. Holleb |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Pursuant to FRCP 4(a)(1)(A)(i), as well as the Court's Order [DE 121], Plaintiff hereby informs the Court of dismissal of the following defendants.

| Defendant | Defendant Number |
|---|---|
| yujiekeji | 1 |
| Foni Shop | 2 |
| Ugrace Hair | 3 |
| Chomsi LLC | 4 |
| XUNY'S online | 5 |
| Donna Titan | 6 |
| JQNus−US | 7 |
| ShineTai | 8 |
| Tinashe Hair | 9 |
| Star Show Hair | 10 |

As these are the last remaining defendants in this action, Plaintiff subsequently voluntarily dismisses this action.

DATED: November 12, 2024           Respectfully Submitted:

Robert M. DeWitty
DeWitty and Associates
Attorney for Plaintiff
1500 K Street, 2nd Floor
RM 249B
Washington DC 20005
Email: admin@dewittyip.com;
Tele: 2025717070